UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL FISHER #669166,

     Plaintiff,

v.

                                          Hon. Ray Kent

RANDEE REWERTS, et al.,

                                          Case No. 1:24-cv-917

     Defendants.

_____/

## **CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

     Michael Fisher has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Amended Complaint – ECF No. 4

     This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Michael Fisher files a signature page (attached) within 21 days of the date of this order.

     IT IS SO ORDERED

Date:  September 26, 2024
pjw

                                          _____/s/ Ray Kent_____
                                          RAY KENT
                                          U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL FISHER #669166,

     Plaintiff,

                                          Hon. Ray Kent

v.

                                          Case No. 1:24-cv-917

RANDEE REWERTS, et al.,

     Defendants.

_____/

**SIGNATURE PAGE FOR:**

Amended Complaint – ECF No. 4

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.