United States District Court
Western District of Michigan
Southern Division

Michael Fisher #669166
  Plaintiff,

V.

Randee Rewerts, et al.,
  Defendants

Case # 1:24-CV-00917-RSK

Hon. Ray Kent

FILED - GR
March 12, 2025 12:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /3/12

## Amended Complaint

Michael Fisher #669166

Plaintiff wishes add to original Complaint filed in this court on September 9, 2024 due to new findings by Plaintiff, and to provide evidence to Courts. 1) Plaintiff wishes to provide documents as exhibits which will be numbered Exhibits as New Exhibits to help illustrate that Plaintiffs Due Process Rights were violated, and that Excessive Use of Force was Not only malicious, extreme intent to injure, the Plaintiff, but could have been prevented. 2) Plaintiff respectfully asks the Courts to accept this Amended Complaint by adding to my previous Statement of Claim, and will also number each new page with intent to provide facts of the situation that occured between the date of 5/26/2022 in 1200 Unit, Cell 50 at 20:17 hours. 3) Plaintiff asks Courts for lieniecy in this matter due to filing Pro Se, and to bare with Plaintiff for lack of knowledge in Legal Jargon, and Lack of Materials, wording, Plaintiff will proceed with his best ability with his Lack of experience. And thanks for their time. (1) Next Page

Continued from page (1) of Amended Complaint
Plaintiff wishes to label this:
- Statement of Claim -   Pg. 1^

Page 1^) of Amended Complaint to add Newly discovered Facts relevent to Case # 1:24-cv-00917-RSK. Plaintiff wishes to provide that his 8th Amendment Rights were violated through Excessive Use of Force, this Amended Complaint will show through Exhibits that will be Numbered, to illustrate to Courts documents that were provided by MDOC as the Plaintiff will Label Exhibit 1 and 1^, in sequence and in numeric order, as well as Plaintiffs own words to help Courts better Understand that Excessive Use of Force was Used on 5/26/2022 in Cell 50 of 1200 Unit at approx 20:17 Hours, Plaintiff will label on bottom right Corner Exhibit 1^ thru 1H for documents pertaining to that specific incident, Exhibits 2^ thru 2F will be used to illustrate that the incident moved to "Seg Unit", or 200 Unit Cell 12 in Segregation South Side at aprox. 01:05 Hours as written by C.O. James 1156628, and then Exhibits 3A thru 3F will show that 40 minutes later, ● yet another incident occured, Exhibits 3A thru 3F are used for illustating the incident as written by C.O. Collins on 5/27/2022 at 01:45 hours, at this time Plaintiff will proceed with his own words to in his best ability describe the facts thru documents and statement. Next Page →

(2)

Continued from page 2 of Amended Complaint
Plaintiff is Labeling this : 1B

— Statement of Claim —

At this time Plaintiff will state facts to his best knowledge, that over a period of time while he was incarcerated at Carson City Corr. Exhibit 1A thru 1H will show that an incident took place. As plaintiff stated before C.O. Rydahl 1153110 and C.O. Cook, as well as the other staff members mentioned in original complaint took place in 8th Amend. Violation. The purpose of this Amend. Complait is to show my 14th Due Process Rights were violated by Sgt. Fidler, and hearing investigator K. Smith as documentation provided by Sgt. Fidler and HI K. Smith, as Sgt. Fidler documented in Exhibit 1E that Effective Communication was used that primary E.C. used was Communication w/ Hearing Aids, this was during the "alleged" Misconduct Review, but in Exhibit 1C HI. K Smith Says she used Communication without hearing aids to Communicate with Plaintiff, after Plaintiff told her he wasn't wearing any hearing aids, since He did Not have hearing aids in Cell 2-12 in Seg during review Sgt Fidler alledge took place, which is Not true since plaintiff did Not ~~poo~~ have hearing aids in cell at time of Review. Sgt Fidler Falsly Documented Exhibit 1E, and HI K Smith went along with it. Plaintiff names both K. Smith and Sgt Fidler as defendants. 3(3)

Continued from page 3 of Amended Complaint

Plaintiff Labels this 1C

— Statement of Claim —

Also it is Hearing Investgators Duty to gather evidence P.D.03.03.105 FFFF, will show that since was found guilty by ALJ Hawkins that Plaintiff was found guilty therefore was to see SCC to ensure Security level is appropriate. Plaintiff seen SCC June 2nd, and requested that I be placed on Protective Custody, SCC consisted of Rum.Kurt Blair, and ADW Bourne both named as defendants due to consistant corrupt pattern of abuse and inhumane treatment of prisoners. Back to Exhibit 2A thru 2F which was written by C.O. James 1156628 the time was 01:05 Hours and time on Exhibits 3A thru 3F written by C.O. Collins, at time of 01:45 Hours showing that time in between Exhibits 2 and Exhibit 3 is 40 minutes, C.O.'s had 40 whole minutes to find an alternative other than the use of Force. P.D.04.05.110 A. States Force Shall Not be used for vindictive or retaliatory purposes PD.04.05.110 D.3, and P.D.04.05.110 E, Sprayed Plaintiff in face after Plaintiff was already in cuffs P.D.04.05.110 F, G.1, 2, as Plaintiff was in confined cell, and was not harming self, or threating to. P.D.04.05.110 V, there was 40 minutes for C.O.'s had plenty opportunity to plan a strategy, they had plenty time to grab audio-visual camera. Next Page →

(4)

Continued from page 4 of Amended Complaint

Plaintiff Labels this 1)

## Statement of Claim

Never, did Defendants try to defuse situation without use of Force. P.D. 04.05.110 V.C.O.S in fact did use the handheld audio/visual camera, as C.O. Jackson later told Plaintiff, "Man you actually took the "cell rush" like a soldier, most people bitch up". P.D. 04.05.110 V. also states the Warden or Deputy Warden shall view the audio/visual recording within one buisness day to ensure all policy requirements were followed. It also states that recordings shall be retained for 3 years or to completion of Law Suit if, filed. Furthermore Plaintiff asked Defendant K.Smith the H.I specificly for handheld camera as evidence at hearing, Defendant who works as C.O. on occaisions worded on Exhibit 1H that Plaintiff requested cameras and all evedence. P.D. 04.05.110 W states that Any employee who uses or observes use of force by another employee shall report to thier supervisor immediately and as required in P.D. 01.05.120, Nowhere to be found in Exhibits 2A-2F or Exhibits 3A-3F was P.D.04.05.110W the report states Upon entering cell prisoner pulled away, and become aggresive to staff. Prisoner was "placed" in cuffs compliance was gained. (5) There was an orange

Continued from page 5 of Amended Complaint
Plaintiff Label this 1E

## Statement of Claim

There was an orange stain in front of cell 12 in Seg unit from C.O.'s spraying me directly in Plaintiff ~~My~~ face while cuffed, and pinned under shield. To remind you the time between Exhibits 1 - Exhibits 2 is nearly 5 hours, the way this happened shows that it was done in a retaliatory manner, C.O. were very vindictive, and was done in malicious manner. This 5 hours after C.O. Cook shot Plaintiff ~~me~~ with taser while face down on top of head with water on floor, while him and C.O.'s mentioned in Original Complaint sprayed Plaintiff ~~me~~ while ~~D~~ he was pinned under shield in 1200 unit Cell 50. Fast Foward then C.O.'s/Defendants had a whole 40 minutes to form any kind of plan, 40 minutes between Exhibits 2 and Exhibits 3. None of Defendants reported it. P.D.04.05.110X, Plaintiff suffers from PTSD and has back and shoulder problems, as well as Spasims in back and shoulder where plaintiff's body jerks ⊘ unvoluntary thru out night while trying to sleep. Plaintiff has bad night terrors, and Paranoid MDOC Staff may try to kill Plaintiff ~~me~~.
May the Exhibits speak the truth.
(6)
(6)

Continued from page 6 of Amended Complaint

Plaintiff label this 1F

## Statement of Claim

Plaintiff wishes to ~~reopen~~ add this amended Complaint to Original Complaint, and reserve the right to explain how RUM Blair, and ADW Bowne both are performing a Corrupt scheme by holding guys on Seg for long periods of time. Also Seen SCC June 2nd, 2022, RUM Blair kept trying to force Plaintiff out to General Pop., after plaintiff told SCC he need protection. Plaintiff endured from 5/26/22 until late September, 2022 in a Temp. Seg., after RUM Blair found out plaintiff had 1983 Suit he became angry depriving plaintiff of Liberty. And pleading plaintiff guilty in several misconducts Class 2's, and violating P.D 03.03.105 having C.O. write false misconducts, then just Pleading plaintiff guilty P.D.03.03.105 FFFF., and P.D. 03.03.105 QQ.. Furthermore plaintiff exhausted all remedies. Many of these were "Rejected" by Grievance Coordinator L. Beecher Named as defendant as well as ADW Nevins for allowing RUM Blair to find me guilty of Class II without a hearing or waiving right to hearing in person. Requested Rehearing No Avail. Warden defendant Randee Rewerts did Not answer back to rehearing.

(7)

Continued from page 7 of Amended Complaint

Plaintiff Labels this 1ˢᵗ

Statement of Claim

Plaintiff wishes to reserve right to make any changes if possible. Plaintiff asks Court to please keep an open mind when reading Original Complaint, and Amended Complaint. Plaintiff ask Courts for relief in the amount of $~~1200~~ 327,000,000 and to sue in offical and personal capacities. Plaitiff asks for an additional $10,000 for each person involved in this corrupt pattern that is to unfold reading Original and Amended Complaint. Not only did Defendants named in Complaint subject Plaintiff to unbearable inhumane treatment, but knew it was going on. Plaintiff would add Exhibit 7ᶠ, and 1G were false as well Questions 5-8 should be yes. On 1G H. Wooden shall be named defendant as well for falsely filing documents. This is common practice a DRF Carson City Damages to plaintiff are pain/suffering and are Not reversible. Plaintiff will be traumatized for life. Lastly Plaintiff asks Courts to please accept this Amended Complaint. And can Courts please send plaintiff copies of entire Complaint including Amended Complaint. Staff at current Prison MBP, will Not let me make copies. Plaintiff cads #669166 this Statement with signature ProSe, Plaintiff Michael Fisher #669166

(8) 3/4/25 M. Fisher ProSe #669166

Michael Fisher #669166
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, MI 49855



Office of the Clerk
United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, Michigan
49503-2363